On respondent's motion for reconsideration filed April 2, reconsideration allowed; decision (111 Or App 664, 825 P2d 299 (1992)) withdrawn; conviction affirmed; remanded for resentencing May 19, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## HOMERO PRUNEDA GARZA,
*Appellant.*

(90CR-0175; CA A67854)

852 P2d 969

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for motion.

No appearance *contra.*

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reconsideration allowed; decision of February 26, 1992, withdrawn; conviction affirmed; remanded for resentencing. *State v. Ferrell,* 315 Or 213, 843 P2d 939 (1992).